Certificate Number: 14912-CAC-DE-037048638

Bankruptcy Case Number: 22-14621



14912-CAC-DE-037048638

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 16, 2022</u>, at <u>7:02</u> o'clock <u>PM EST</u>, <u>Ellen M Compton</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>December 16, 2022</u>          By:     <u>/s/Jai Bhatt</u>

                                        Name:   <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>